COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR REHEARING

Appellate case name:     Theola Robinson and Benji's Special Education Academy, Inc. v.
                         Amegy Bank, N.A.

Appellate case number:   01-13-00022-CV

Trial court case number: 1271297

Trial court:             129th District Court of Harris County

Date motion filed:       March 11, 2013

Party filing motion:     Theola Robinson and Benji's Special Education Academy, Inc.


        It is ordered that the motion for rehearing is **denied**.


Justice's signature:  /s/ Evelyn V. Keyes
                      Acting for the Court

Panel consists of Justices Keyes, Sharp, and Huddle.


Date: May 31, 2013